UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANGEL ROMULO DEL VALLE CASTILLO, et al.,<br><br>Petitioner,<br><br>v.<br><br>CAMMILLA WAMSLEY, et al.,<br><br>Respondent. | Case No. 2:25-cv-02054-TMC<br><br>EX PARTE TEMPORARY RESTRAINING ORDER |

## I.   ORDER

The Court intends to hold a hearing as soon as possible on Petitioners' motion for temporary restraining order (Dkt. 10), including their request that Respondents be ordered to return Petitioner Hector Ramirez Garcia to this district. The Court finds that Petitioners have established a likelihood of success on the merits of their underlying habeas petition and have shown at least some likelihood of irreparable harm from denial of access to counsel if they are transferred from this district during the pendency of their habeas petitions. *See* Dkt. 11–13.

To preserve the status quo and prevent immediate harm before the parties can be heard on this motion, the Court ORDERS that Respondents (and their officers, employees, agents, or others working on their behalf) are temporarily PROHIBITED from transferring any of the

EX PARTE TEMPORARY RESTRAINING ORDER - 1

Petitioners from this district pending further order of this Court. *See A.A.R.P. v. Trump,* 145 S. Ct. 1364, 1369 (2025) (Federal courts have "the power to issue injunctive relief to prevent irreparable harm to the applicants and to preserve [] jurisdiction over the matter."); *see also Granny Goose Foods, Inc. v. Bhd. Of Teamsters and Auto Truck Drivers Loc. No. 70 of Alameda Cnty.*, 415 U.S. 423, 439 (1974) (ex parte TROs serve a limited purpose of "preserving the status quo and preventing irreparable harm just so long as is necessary to hold a hearing, and no longer"). This ex parte Order will remain in place until the Court issues a full ruling on the TRO motion after a hearing. The parties are directed to contact the courtroom deputy by email tomorrow, October 31, 2025, to schedule a hearing.

Dated this 30th day of October, 2025.

Tiffany M. Cartwright
United States District Judge

EX PARTE TEMPORARY RESTRAINING ORDER - 2