UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANGEL ROMULO DEL VALLE CASTILLO, et al., <br><br> Petitioners, <br><br> v. <br><br> CAMMILLA WAMSLEY, et al., <br><br> Respondents. | Case No. 2:25-cv-02054-TMC <br><br> ORDER EXTENDING TEMPORARY RESTRAINING ORDER |

At the hearing scheduled for November 21, 2025, the parties shall also be prepared to address (1) whether the TRO (Dkt. 19) should be converted into a preliminary injunction lasting until the Court rules on the habeas petition and (2) whether the Court's equitable powers in habeas include ordering the return of Petitioner Hector Ramirez Garcia to the NWIPC for his bond hearing should he prevail on the merits. The parties may submit optional supplemental briefs of no more than 10 pages addressing these topics no later than November 20, 2025, or they may choose to rest on their previous TRO and habeas briefing. To preserve the status quo pending the Court's ruling at the hearing, the Court finds good cause to extend its TRO through November 21, 2025. The Court therefore ORDERS:

ORDER EXTENDING TEMPORARY RESTRAINING ORDER - 1

1. Respondents, including their officers, agents, servants, employees, attorneys, or others acting on their behalf, continue to be PROHIBITED from transferring any Petitioner from the Northwest Immigration and Customs Enforcement Processing Center to any other facility during the pendency of these proceedings unless they seek modification of this Order or there is a final, executable removal order for any Petitioner.
2. This Order expires November 22, 2025 unless extended by this Court.
3. Respondents have not requested a bond and the Court waives the bond requirement under Federal Rule of Civil Procedure 65(c).

Dated this 14th day of November, 2025.

Tiffany M. Cartwright
United States District Judge